```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                           18 CR 836 (AKH)

ARLICIA ROBINSON,

                Defendant.
                                         Conference
------------------------------x

                                         New York, N.Y.
                                         December 14, 2018
                                         1:30 p.m.
Before:

            HON. ALVIN K. HELLERSTEIN,

                        District Judge

                   APPEARANCES

GEOFFREY S. BERMAN
     United States Attorney for the
     Southern District of New York
BY:  SHEB SWETT, ESQ.
     Assistant United States Attorney

Sher Tremonte, LLP
     Attorneys for Defendant
BY:  JUSTINE HARRIS, ESQ.
     ANNA ESTEVAO, ESQ.
```

1           (Case called)

2           THE COURT:  Counsel, state your appearances.

3           MR. SWETT:  Good morning, your Honor.

4           Sheb Swett, for the United States.

5           MS. HARRIS:  Good morning, your Honor.

6           Justine Harris, of Sher Tremonte, for Ms. Robinson.
7    With me at counsel table is Anna Estevao, also at my firm.

8           THE COURT:  Another lawyer?

9           MS. HARRIS:  Yes.  Another lawyer at my firm, your
10   Honor.

11          THE COURT:  Did she sign in?

12          MS. HARRIS:  I apologize.

13          I'm sorry, your Honor.  And she just joined the firm.
14   She's not yet admitted to this court.  But she's been working
15   and helping me on the matter.

16          THE COURT:  Do you want her to be admitted pro-se or
17   pro hac?

18          MS. HARRIS:  Your Honor, for purposes of this
19   appearance, yes, we would move to admit.

20          THE COURT:  Okay.  For this appearance, so ordered.

21          MS. HARRIS:  Thank you, Judge.

22          THE COURT:  So, give me your name.

23          MS. ESTEVAL:  Anna Estevao.  Last name E-s-t-e-v-a-o.

24          THE COURT:  Okay.  Mr. Swett, what's this case about?

25          MR. SWETT:  Your Honor, this is a narcotics case in

1  which the defendant is alleged to have participated in numerous
2  transactions involving over a kilogram of heroin.
3  　　　　The defendant was arrested in November.  She was
4  arrested on November 20th.  And she was presented and arraigned
5  in front of Magistrate Judge Pitman on the 21st.  Time has been
6  excluded through today.  This case is obviously on indictment.
7  　　　　We are preparing discovery at this point.  It consists
8  of communications with the defendant.  It consists of videos.
9  It consists of reports of surveillance.  It consists,
10  obviously, of lab reports of the physical evidence that was
11  seized in the course of this case.  And it consists of a
12  post-arrest statement that the defendant made.
13  　　　　We would ask for 45 days to produce discovery.  We're
14  going to have a protective order that we're going to need to
15  put into place.  We're redacting a number of documents.  And
16  with the holidays, we think that timeline is prudent to get
17  everything out to defense.
18  　　　　THE COURT:  Is that okay with the defendant?
19  　　　　MS. HARRIS:  It is, your Honor.  We consent.
20  　　　　THE COURT:  When we come back, you'll be able to make
21  motions, I take it, if you have any.
22  　　　　MS. HARRIS:  Your Honor, at that time we would advise
23  the Court of any motions we would have.
24  　　　　THE COURT:  So, any motions not advised along with a
25  briefing schedule are waived.

1     MS. HARRIS:  I'm sorry, Judge?

2     THE COURT:  Any motions not stated, not declared, on

3  the return date -- the next time we see each other -- will be

4  waived.  So, if you have a motion, declare it and enter it

5  through a briefing schedule.

6     MS. HARRIS:  Before the next court date, your Honor?

7     THE COURT:  Yes.

8     MS. HARRIS:  Okay.  Understood.

9     THE COURT:  Ms. Jones will give you a date.

10    February 22, at 11:00 o'clock.

11    Is there a motion by the government to exclude time?

12    MR. SWETT:  Yes, your honor, so that the defendant can

13 review discovery and prepare for any motions that she wanted to

14 make or engage in plea negotiations with the government.

15    THE COURT:  Without objections?

16    MS. HARRIS:  No objection, Judge.

17    THE COURT:  So ordered.

18    MS. HARRIS:  Thank you very much.

19    MR. SWETT:  Thank you, your Honor.

20    THE COURT:  Thank you.

21    (Adjourned)