# SHER TREMONTE LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/19

January 24, 2019

So ordered.
1/25/19
/s/ AKH

BY ECF

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Arlicia Robinson*,
            18-CR-836 (AKH)

Dear Judge Hellerstein:

    We represent Arlicia Robinson in the above-captioned action. We write, with the consent of the government, to respectfully request that the Court modify the terms of Ms. Robinson's bond. On November 27, 2018, Ms. Robinson was released on a $100,000 bond, co-signed by two sureties. Pursuant to the terms of the bond, Ms. Robinson is subject to home detention and location monitoring. Among other things, she is required to reside at her home with her cousin.

    We recently learned that Ms. Robinson's cousin has personal business that needs her attention and has taken her out of the home. We request that she be replaced as the required cohabitant with Ms. Robinson's close friend and roommate of six years. This individual has known Ms. Robinson for over ten years and is the godmother to Ms. Robinson's youngest son. She has spoken with Pretrial Services and consents to the arrangement. All other bond conditions will remain in place.

    The government and Pretrial Services have no objection to the requested modification.

    We appreciate the Court's consideration.

                            Respectfully submitted,

                            /s/
                          Justine Harris

Cc:    All counsel of record (by ECF)