# SHER TREMONTE LLP

November 20, 2019

**BY ECF & FAX**

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-20-19
```

    **Re:**   *United States v. Arlicia Robinson*,
           18-CR-836 (AKH)

Dear Judge Hellerstein:

    We represent Arlicia Robinson in the above-captioned action. We write, with the consent of the government, to respectfully request that the Court adjourn the November 21, 2019 pretrial status conference for two weeks, until December 5, 2019. We anticipate a resolution prior to that date. The additional time is necessary for the parties to finalize their plea negotiations. Ms. Robinson agrees that the time between November 21 and December 5 will be excluded under the Speedy Trial Act, for purposes of plea negotiations and in the interests of justice.

    The government has no objection to the adjournment.

    We appreciate the Court's consideration.

                                  Respectfully submitted,

                                  /s/
                                Justine Harris

Cc:    All counsel of record (by ECF)

So Ordered. The conference is adjourned to December 5, 2019 at 2:30 p.m. Time is excluded until then in the interest of justice.

/s/ Alvin K. Hellerstein
11-20-19

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel 212.202.2600 | fax 212.202.4156