USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
United States of America,

        -against-

Arlicia Robinson,

        Defendant.
-----------------------------------------------------------

**ORDER ACCEPTING THE
PLEA ALLOCUTION BEFORE
A U.S. MAGISTRATE JUDGE**

18 Cr. 836 (AKH) (RWL)

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Robert W. Lehrburger on November 27, 2019;

WHEREAS a transcript of the allocution was made; and

WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

SO ORDERED

Dated:     New York, New York
            Dec 4, 2019

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge