ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2020

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy
by Order of Judge Alvin K. Hellerstein

Date: 2/19/2020

US v. Arlicia Robinson - 18 Cr. 836 (AKH)

You are hereby notified that you are required to appear for a sentencing.

Date: March 27, 2020

Time: 11:00 am

Place: U.S. Courthouse - Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*/s/ Alvin K. Hellerstein*
2-19-2020