CSDNY
CUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

United States of America,

          -against-

Arlicia Robinson,

          Defendant.
-----------------------------------------------------------------

**ORDER ACCEPTING THE
PLEA ALLOCUTION BEFORE
A U.S. MAGISTRATE JUDGE**

18 Cr. 836 (AKH) (RWL)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Robert W. Lehrburger on November 27, 2019;

    WHEREAS a transcript of the allocution was made; and

    WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

    SO ORDERED

Dated:     New York, New York
             Feb. 26, 2020

                                  ALVIN K. HELLERSTEIN
                                  United States District Judge