

**SHER TREMONTE LLP**

March 10, 2020

*Sentencing is adjourned to July 24, 2020, at 11:00 a.m.*

*3-13-2020*
*/s/ Alvin K. Hellerstein*

**BY ECF & FAX**

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Arlicia Robinson*,
           18-CR-836 (AKH)

Dear Judge Hellerstein:

    We represent Arlicia Robinson in the above-captioned action. We write, with the consent of the government, to respectfully request that the Court adjourn the sentencing hearing, currently scheduled for March 26, 2020, to any day convenient for the Court between July 6-9, 2020 or July 13-16, 2020. The adjournment is requested because the defense needs additional time to prepare the sentencing submission and arrange for the care of Ms. Robinson's minor children in the event of her incarceration.

    The government has no objection to the adjournment.

    We appreciate the Court's consideration.

                              Respectfully submitted,

                              /s/
                              Justine Harris

Cc:    All counsel of record (by ECF)

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/13/2020 |

80 BROAD STREET | 23RD FLOOR | NEW YORK, NY 10004
WWW.SHERTREMONTE.COM | TEL 212.202.2600 | FAX 212.202.4156