# SHER TREMONTE LLP

October 9, 2020

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**   *United States v. Arlicia Robinson*,
             18-CR-836 (AKH)

Dear Judge Hellerstein:

    We represent Arlicia Robinson in the above-captioned action. We write, with the consent of the government, to respectfully request that the Court adjourn the sentencing hearing scheduled for October 23, 2020 until mid-December, to a date convenient for the Court. We respectfully request that the proceedings be conducted in-person. The Government has no objection to the adjournment.

    We also request that Ms. Robinson's conditions of pretrial release be modified to remove the location monitoring and home detention conditions. Ms. Robinson has been compliant will all conditions of pretrial release since her release on November 21, 2018. Pretrial Services and the Government consent to this request.

    We appreciate the Court's consideration.

                                                            Respectfully submitted,

                                                             /s/
                                                             Justine Harris
                                                            Anna Estevao

Cc:    Jonathan Rebold and Sebastian Swett, Assistant United States Attorneys

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel 212.202.2600 | fax 212.202.4156