# SHER TREMONTE LLP

May 13, 2021

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:** *United States v. Arlicia Robinson*,
         18-CR-836 (AKH)

Dear Judge Hellerstein:

    We represent Arlicia Robinson in the above-captioned action. We write to respectfully request that Ms. Robinson's conditions of release be temporarily modified to allow her to travel to Waterbury, Connecticut on May 19, 2021 to attend a family member's funeral. Pretrial Services and the Government have no objection to this request.

    We appreciate the Court's consideration.

                        Respectfully submitted,

                        /s/
                        Justine Harris
                        Anna Estevao

Cc:    Jonathan Rebold and Sebastian Swett, Assistant United States Attorneys
        Brian Manganaro and Ashley Cosme, United States Pretrial Services