UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :          **<u>SCHEDULING ORDER</u>**
                                        Plaintiff,            :
            -against-                                         :          18-cr-836
                                                              :
ARLICIA ROBINSON,                                             :
                                                              :
                                        Defendant.            :
                                                              :
------------------------------------------------------------- X


ALVIN K. HELLERSTEIN, U.S.D.J.:

            The sentencing, currently scheduled for September 1, 2021, is hereby adjourned

until September 20, 2021 at 2:30 p.m.


            SO ORDERED.

Dated:        August 23, 2021                    _/s/ Alvin K. Hellerstein_____
              New York, New York                 ALVIN K. HELLERSTEIN
                                                 United States District Judge