```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                **SCHEDULING ORDER**

                                18 Cr. 836 (AKH)

       -against-

ARLICIA ROBINSON,

                Defendants.

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing previously scheduled for September 20, 2021 is hereby adjourned.

        The parties are hereby ordered to appear for a sentencing on October 7, 2021, at 11:00 a.m., which sentencing will be held in Courtroom 14D, at 500 Pearl Street, NY, NY 10007.

        Finally, no later than October 1, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    September 8, 2021
             New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge