UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
UNITED STATES OF AMERICA,

           -against-

ARLICIA ROBINSON,

                                  *Defendant.*

--------------------------------------------------------------- x

**SCHEDULING ORDER**

18 Cr. 836 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing previously scheduled for October 7, 2021 is hereby adjourned.

        The parties are hereby ordered to appear for a sentencing on October 20, 2021 at 12:00 p.m.., which sentencing will be held in Courtroom 14D, at 500 Pearl Street, NY, NY 10007.

        Finally, no later than October 4, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    September 21, 2021              /s/ Alvin K. Hellerstein
             New York, New York          ALVIN K. HELLERSTEIN
                                                     United States District Judge