UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
UNITED STATES OF AMERICA,                :
                                         :
                                         :         SCHEDULING ORDER
           -against-                     :
                                         :         18 Cr. 836 (AKH)
ARLICIA ROBINSON,                        :
                                         :
                              Defendant. :
                                         :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

   The sentencing previously scheduled for October 7, 2021 is hereby adjourned.

   The parties are hereby ordered to appear for a sentencing on October 20, 2021 at 12:00 p.m.., which sentencing will be held in Courtroom 14D, at 500 Pearl Street, NY, NY 10007.

   Finally, no later than October 4, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

   SO ORDERED.

Dated:  September 21, 2021      _ _/s/ _Alvin K. Hellerstein_ _ _
      New York, New York      ALVIN K. HELLERSTEIN
                    United States District Judge