# SHER TREMONTE LLP

October 4, 2021

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Arlicia Robinson*,
              Case No. 18-CR-836 (AKH)

Dear Judge Hellerstein:

      We represent Arlicia Robinson in the above-captioned action. We write, with the consent of the government, to respectfully request that the Court adjourn the sentencing hearing scheduled for October 20, 2021. We request this adjournment because Ms. Robinson is in the process of completing her final semester at Suffolk County Community College in support of her goal to become a credentialed alcoholism and substance abuse counselor. Accordingly, we respectfully request a sentencing date in late December or early January, when Ms. Robinson's program will be complete. The parties do not expect to request any further adjournments.

      The Government consents to this adjournment.

      We appreciate the Court's consideration.

                              Respectfully submitted,

                              */s/ Justine A. Harris*

                              Justine A. Harris

Cc:    Jonathan Rebold and Sebastian Swett, Assistant United States Attorneys