SO ORDERED.

/s/ Alvin K. Hellerstein
April 25, 2022

**SHER TREMONTE LLP**

April 21, 2022

**FILED VIA ECF AND EMAIL**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Arlicia Robinson*
               Case No. 18 Cr. 836 (AKH)

Dear Judge Hellerstein:

      My office is preparing the final voucher in connection with our representation of Arlicia Robinson and it came to our attention that the CJA 20 was dated November 21, 2018, even though I was formally appointed on November 20, 2018. Because there was substantial time spent on the matter on November 20, and I cannot enter that time on the current voucher, I respectfully request that Your Honor, by so ordering the letter, direct that the CJA 20 be deemed effective as of November 20, 2018.

      I appreciate the Court's consideration.

                                                           Respectfully submitted,

                                                            Justine A. Harris