**SHER TREMONTE LLP**

SO ORDERED.

/s/ Alvin K. Hellerstein
May 10, 2022

May 9, 2022

**FILED VIA ECF AND EMAIL**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Arlicia Robinson*
               Case No. 18 Cr. 836 (AKH)

Dear Judge Hellerstein:

      My office is preparing the final voucher in connection with our representation of Arlicia Robinson. During our representation, we were required to obtain various medical records. Because the cost was substantial, the CJA office has asked for Court authorization for the expenses. Accordingly, I respectfully request that Your Honor, by so ordering the letter, authorize reimbursement in the amount of $1,637.85, the total amount paid by our firm for medical records obtained from South Oaks Hospital, Southside Hospital, The Brookdale University Hospital and Medical Center, Nassau Suffolk Internal Medicine and Verisma Systems (a medical record storage platform utilized by many health professionals). This represents the total cost for expenses related to obtaining medical records.

      I appreciate the Court's consideration and apologize for any inconvenience.

                                          Respectfully submitted,

                                          Justine A. Harris