UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ARLICIA ROBINSON,

Defendant.

18-CR-836 (AKH)

**ORDER**

      Upon the application of Arlicia Robinson, by her attorney, Justine A. Harris, Esq. and Anna Estevao, Esq., for an order directing U.S. Pretrial Services to return Ms. Robinson's passport, and Pretrial Services not objecting;

      IT IS HEREBY ORDERED that U.S. Pretrial Services is directed to return Ms. Robinson's passport to her.

Dated: New York, New York
          July 8, 2022

SO ORDERED

/s/ Alvin K. Hellerstein
The Honorable Alvin K. Hellerstein
District Judge, United States District Court
Southern District of New York